UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                                          :          **SEALED**
                                                                 :          **INDICTMENT**
                        - v. -                                   :
                                                                 :          14 Cr. __ ( )
TYRONE FELDER,                                                   :
        a/k/a "Meme,"                                           :
        a/k/a "ManMan,"                                         :          **1 4 CRIM 5 4 6**
JAMAL WALKER                                                     :
        a/k/a "Kareem Martin,"                                  :
        a/k/a "Heavy,"                                          :
        a/k/a "Reem,"                                           :
NICOMEDES FRASQUERI,                                            :
        a/k/a "Nick,"                                           :
FREDERICK ALLEN,                                                :
        a/k/a "Fox,"                                            :
ANGEL AMERZQUITO,                                               :
KEVIN ANTHONY,                                                  :
        a/k/a "Kev-O,"                                          :
KELVIN DOUGLAS,                                                 :
        a/k/a "40 Cal,"                                         :
DERRICK FELDER,                                                 :
        a/k/a "Unc,"                                            :
ANTHONY GIVENS,                                                 :
        a/k/a "Face,"                                           :
KERI GIVENS,                                                    :
BRIAN HALL,                                                     :
        a/k/a "Tats,"                                           :
ELIJAH HUBBARD,                                                 :
        a/k/a "Spazz,"                                          :
TERRELL JOHNSON,                                                :
        a/k/a "Relin,"                                          :
TYRONE MARGWOOD,                                                :
SHANEQUA MASCALL,                                               :
        a/k/a "Nene,"                                           :
LAMONT OBEY,                                                    :
        a/k/a "Gotti,"                                          :
TOMMY SMALLS,                                                   :
        a/k/a "Tommy Gunz,"                                     :
GEORGE STONE,                                                   :
        a/k/a "Jizz,"                                           :
JEROME THOMAS,                                                  :
        a/k/a "Rome,"                                           :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 20 2014

```
                 and                      :
JOHNA THOMAS,                             :
     a/k/a "Tomboy,"                      :
                                          :
                  Defendants.    :
                                          :
 -   -   -   -   -   -   -   -   -   -   X
```

## BACKGROUND

1.   River Park Towers ("RPT") is a housing complex located on Richman Plaza in the vicinity of Sedgwick Avenue in the Bronx, New York.  RPT is comprised of four high-rise buildings, various commercial establishments, and a playground.

2.   RPT has been plagued by drug dealing and violence for the past several years.  Since at least in or about 2010, a gang known as the River Park Towers Young Gunnerz ("the RPT YGz") has operated out of the RPT complex. Members of the RPT YGz distribute crack cocaine and marijuana, among other drugs, in the vicinity of RPT, including at a grocery store in the RPT complex where RPT YGz members are often present throughout the day and night.  Proceeds from RPT YGz's drug sales are used in part to further the illegal activities of the gang and its members.

3.   The entity that manages RPT maintains video surveillance cameras throughout the complex, and employs security guards who patrol the complex.  RPT security guards often seek to prevent RPT YGz members from loitering and congregating in areas within and around the RPT complex where

they are known to sell drugs.  Nevertheless, members of the RPT YGz, often working directly together, continue to deal drugs inside the RPT complex and in the surrounding area.

4.    Members of RPT YGz use specific handshakes, signs, symbols, and phrases to signal their affiliation with, and allegiance to, the gang.  Members of RPT YGz also have posted messages, images, and videos on the internet and social media, including on Facebook and YouTube, in which they discuss, among other things, their gang affiliation, drug dealing activities, and violence.

5.    Members of the RPT YGz also engage in robberies and acts of violence to assert the gang's status and to protect its territory—i.e., the area in and around RPT.

6.    For example, on or about May 28, 2014, RPT YGz members assaulted several RPT security guards as part of the gang's efforts to preserve RPT YGz's ability to carry out gang-related activities, including drug dealing, in the RPT complex. Prior to the assault, ANTHONY GIVENS, a/k/a "Face," the defendant, taunted one of the RPT security guards ("Guard-1"), challenged Guard-1 to a fight, and punched Guard-1.  A physical altercation ensued, during which GIVENS and other RPT YGz members physically assaulted Guard-1 and several other security guards.  During the altercation, TYRONE FELDER, a/k/a "Meme," a/k/a "ManMan," the defendant, brandished a firearm.

The Defendants

7.     TYRONE FELDER, a/k/a/ "Meme," a/k/a "ManMan," the
defendant, was the leader and a central figure of the RPT YGz
until his arrest on federal carjacking charges in August 2014.
Prior to his arrest, FELDER charged other RPT YGz members money
in exchange for permission to sell drugs in and around RPT.
FELDER has also committed robberies, including robberies of
other drug dealers.

8.     FREDERICK ALLEN, a/k/a "Fox," the defendant, is
currently the leader of the RPT YGz and was designated to
replace TYRONE FELDER, a/k/a "Meme," a/k/a "ManMan," the
defendant, following FELDER's arrest in August 2014.

9.     NICOMEDES FRASQUERI, a/k/a "Nick," the defendant, is
currently a supplier of drugs for RPT YGz members who, in turn,
sell these narcotics to various individuals in and around RPT.
FRASQUERI, who resides in RPT, has sold crack cocaine to members
of the RPT YGz as recently as in or about July 2014.

10.     JAMAL WALKER, a/k/a "Kareem Martin," a/k/a "Heavy,"
a/k/a "Reem," ANGEL AMERZQUITO, KEVIN ANTHONY, a/k/a "Kev-O,"
KELVIN DOUGLAS, a/k/a "40 Cal," DERRICK FELDER, a/k/a "Unc,"
ANTHONY GIVENS, a/k/a "Face," KERI GIVENS, BRIAN HALL, a/k/a
"Tats," ELIJAH HUBBARD, a/k/a "Spazz," TERRELL JOHNSON, a/k/a
"Relin," TYRONE MARGWOOD, SHANEQUA MASCALL, a/k/a/ "Nene,"

4

LAMONT OBEY, a/k/a "Gotti," TOMMY SMALLS, a/k/a "Tommy Gunz," GEORGE STONE, a/k/a "Jizz," JEROME THOMAS, a/k/a "Rome," and JOHNA THOMAS, a/k/a "Tomboy," the defendants, are currently members of, or are closely affiliated with, the RPT YGz who have sold drugs, including crack cocaine and marijuana, on behalf of the organization and received the proceeds of narcotics trafficking activities carried out by the organization.

## STATUTORY ALLEGATIONS

### COUNT ONE

The Grand Jury charges:

11.  The allegations contained in Paragraphs 1 through 10 above are hereby repeated, re-alleged, and incorporated by reference as if fully set forth herein.

12.  From at least in or about 2010, up to and including at least in or about August 2014, in the Southern District of New York and elsewhere TYRONE FELDER, a/k/a "Meme," a/k/a "ManMan," JAMAL WALKER, a/k/a "Kareem Martin," a/k/a "Heavy," a/k/a "Reem," NICOMEDES FRASQUERI, a/k/a "Nick," FREDERICK ALLEN, a/k/a "Fox," ANGEL AMERZQUITO, KEVIN ANTHONY, a/k/a "Kev-O," KELVIN DOUGLAS, a/k/a "40 Cal," DERRICK FELDER, a/k/a "Unc," ANTHONY GIVENS, a/k/a "Face," KERI GIVENS, BRIAN HALL, a/k/a "Tats," ELIJAH HUBBARD, a/k/a "Spazz," TERRELL JOHNSON, a/k/a "Relin," TYRONE MARGWOOD, SHANEQUA MASCALL, a/k/a/ "Nene," LAMONT OBEY, a/k/a "Gotti," TOMMY SMALLS, a/k/a "Tommy Gunz,"

GEORGE STONE, a/k/a "Jizz," JEROME THOMAS, a/k/a "Rome," and

JOHNA THOMAS, a/k/a "Tomboy," the defendants, and others known

and unknown, intentionally and knowingly did combine, conspire,

confederate, and agree together and with each other to violate

the narcotics laws of the United States.

13.   It was a part and an object of the conspiracy that

TYRONE FELDER, a/k/a "Meme," a/k/a "ManMan," JAMAL WALKER, a/k/a

"Kareem Martin," a/k/a "Heavy," a/k/a "Reem," NICOMEDES

FRASQUERI, a/k/a "Nick," FREDERICK ALLEN, a/k/a "Fox," ANGEL

AMERZQUITO, KEVIN ANTHONY, a/k/a "Kev-O," KELVIN DOUGLAS, a/k/a

"40 Cal," DERRICK FELDER, a/k/a "Unc," ANTHONY GIVENS, a/k/a

"Face," KERI GIVENS, BRIAN HALL, a/k/a "Tats," ELIJAH HUBBARD,

a/k/a "Spazz," TERRELL JOHNSON, a/k/a "Relin," TYRONE MARGWOOD,

SHANEQUA MASCALL, a/k/a "Nene," LAMONT OBEY, a/k/a "Gotti,"

TOMMY SMALLS, a/k/a "Tommy Gunz," GEORGE STONE, a/k/a "Jizz,"

JEROME THOMAS, a/k/a "Rome," and JOHNA THOMAS, a/k/a "Tomboy,"

the defendants, and others known and unknown, would and did

distribute and possess with intent to distribute a controlled

substance, in violation of Title 21, United States Code, Section

841(a)(1).

14.   The controlled substances that TYRONE FELDER, a/k/a

"Meme," a/k/a "ManMan," JAMAL WALKER, a/k/a "Kareem Martin,"

a/k/a "Heavy," a/k/a "Reem," NICOMEDES FRASQUERI, a/k/a "Nick,"

FREDERICK ALLEN, a/k/a "Fox," ANGEL AMERZQUITO, KEVIN ANTHONY,

6

a/k/a "Kev-O," KELVIN DOUGLAS, a/k/a "40 Cal," DERRICK FELDER,
a/k/a "Unc," ANTHONY GIVENS, a/k/a "Face," KERI GIVENS, BRIAN
HALL, a/k/a "Tats," ELIJAH HUBBARD, a/k/a "Spazz," TERRELL
JOHNSON, a/k/a "Relin," TYRONE MARGWOOD, SHANEQUA MASCALL, a/k/a
"Nene," LAMONT OBEY, a/k/a "Gotti," TOMMY SMALLS, a/k/a "Tommy
Gunz," GEORGE STONE, a/k/a "Jizz," JEROME THOMAS, a/k/a "Rome,"
and JOHNA THOMAS, a/k/a "Tomboy," the defendants, conspired to
distribute and possess with intent to distribute were (1) 280
grams and more of mixtures and substances containing a
detectable amount of cocaine base, in a form commonly known as
"crack," in violation of Title 21, United States Code, Section
841(b)(1)(A); and (2) mixtures and substances containing a
detectable amount of marijuana, in violation of Title 21, United
States Code, Section 841(b)(1)(D).

### OVERT ACTS

15.   In furtherance of the conspiracy and to effect the
illegal object thereof, the following overt acts, among others,
were committed in the Southern District of New York and
elsewhere:

a.   From at least in or about 2010 up to and
including in or about August 2014, TYRONE FELDER, a/k/a "Meme,"
a/k/a "ManMan," the defendant, knowingly received proceeds of
narcotics trafficking activities conducted in the Bronx, New
York by RPT YGz members.

b.    On or about June 24, 2010, ANGEL AMERZQUITO, the defendant, participated in the sale of approximately six bags of crack cocaine to an undercover police officer in the vicinity of 30 Richman Plaza in the Bronx, New York.

c.    On or about July 2, 2010, KELVIN DOUGLAS, a/k/a "40 Cal," the defendant, participated in the sale of approximately two bags of crack cocaine to an undercover police officer in the vicinity of 30 Richman Plaza in the Bronx, New York.

d.    On or about August 11, 2010, KERI GIVENS, the defendant, participated in the sale of approximately four bags of crack cocaine to an undercover police officer in the vicinity of 35 Richman Plaza in the Bronx, New York.

e.    On or about August 31, 2010, KERI GIVENS, the defendant, participated in the sale of approximately six bags of crack cocaine to an undercover police officer in the vicinity of 20 Richman Plaza in the Bronx, New York.

f.    On or about September 8, 2010, KELVIN DOUGLAS, a/k/a "40 Cal," the defendant, participated in the sale of approximately seven bags of crack cocaine to an undercover police officer in the vicinity of 30 Richman Plaza in the Bronx, New York.

g.    On or about January 23, 2013, LAMONT OBEY, a/k/a "Gotti," the defendant, participated in the sale of

approximately two bags of marijuana to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

       h.   On or about January 29, 2013, LAMONT OBEY, a/k/a "Gotti," the defendant, participated in the sale of approximately two bags of marijuana to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

       i.   On or about February 6, 2013, JEROME THOMAS, a/k/a "Rome," the defendant, participated in the sale of approximately two bags of crack cocaine and approximately 8 bags of marijuana to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

       j.   On or about February 7, 2013, JEROME THOMAS, a/k/a "Rome," the defendant, participated in the sale of approximately one bag of crack cocaine and approximately four bags of marijuana to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

       k.   On or about May 3, 2013, JAMAL WALKER, a/k/a "Kareem Martin," a/k/a "Heavy," a/k/a "Reem," the defendant, participated in the sale of approximately two bags of crack cocaine to an undercover police officer in the vicinity of 30 Richman Plaza in the Bronx, New York.

l.   On or about May 29, 2013, BRIAN HALL, a/k/a
"Tats," the defendant, participated in the sale of approximately
three bags of crack cocaine to an undercover police officer in
the vicinity of 40 Richman Plaza in the Bronx, New York.

m.   On or about June 7, 2013, KEVIN ANTHONY, a/k/a
"Kev-O," the defendant, participated in the sale of
approximately three bags of crack cocaine to an undercover
police officer in the vicinity of 30 Richman Plaza in the Bronx,
New York.

n.   On or about July 5, 2013, BRIAN HALL, a/k/a
"Tats," the defendant, participated in the sale of approximately
seven bags of crack cocaine to an undercover police officer in
the vicinity of 40 Richman Plaza in the Bronx, New York.

o.   On or about September 3, 2013, JAMAL WALKER,
a/k/a "Kareem Martin," a/k/a "Heavy," a/k/a "Reem," the
defendant, participated in the sale of approximately two bags of
marijuana to an undercover police officer in the vicinity of 30
Richman Plaza in the Bronx, New York.

p.   On or about September 19, 2013, TYRONE MARGWOOD,
the defendant, participated in the sale of approximately six
bags of crack cocaine an undercover police officer in the
vicinity of 40 Richman Plaza in the Bronx, New York.

q.   On or about October 3, 2013, TYRONE MARGWOOD, the
defendant, participated in the sale of approximately one bag of

crack cocaine to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

        r.  On or about October 11, 2013, ANGEL AMERZQUITO, the defendant, participated in the sale of approximately six bags of crack cocaine to an undercover police officer in the vicinity of 30 Richman Plaza in the Bronx, New York.

        s.  On or about November 19, 2013, ANTHONY GIVENS, a/k/a "Face," the defendant, participated in the sale of approximately two bags of marijuana to an undercover police officer in the vicinity of 30 Richman Plaza in the Bronx, New York.

        t.  On or about December 3, 2013, TOMMY SMALLS, a/k/a "Tommy Gunz," the defendant, participated in the sale of approximately four bags of crack cocaine to an undercover police officer in the vicinity of 30 Richman Plaza in the Bronx, New York.

        u.  On or about December 12, 2013, TOMMY SMALLS, a/k/a "Tommy Gunz," the defendant, participated in the sale of approximately six bags of crack cocaine to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

        v.  On or about December 20, 2013, ANTHONY GIVENS, a/k/a "Face," the defendant, participated in the sale of approximately two bags of marijuana to an undercover police

officer in the vicinity of 41 Richman Plaza in the Bronx, New York.

w. On or about December 26, 2013, FREDERICK ALLEN, a/k/a "Fox," the defendant, participated in the sale of approximately six bags of crack cocaine to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

x. On or about January 2, 2014, FREDERICK ALLEN, a/k/a "Fox," the defendant, participated in the sale of approximately six bags of crack cocaine to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

y. On or about January 8, 2014, GEORGE STONE, a/k/a "Jizz," the defendant, participated in the sale of approximately five bags of crack cocaine and approximately five bags of marijuana to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

z. On or about January 10, 2014, DERRICK FELDER, a/k/a "Unc," the defendant, participated in the sale of approximately ten bags of crack cocaine to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

aa. On or about February 7, 2014, JOHNA THOMAS, a/k/a "Tomboy," the defendant, participated in the sale of

12

approximately one bag of crack cocaine to an undercover police officer in the vicinity of 41 Richman Plaza in the Bronx, New York.

bb.  On or about February 11, 2014, JOHNA THOMAS, a/k/a "Tomboy," the defendant, participated in the sale of approximately four bags of crack cocaine to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

cc.  On or about February 11, 2014, DERRICK FELDER, a/k/a "Unc," the defendant, participated in the sale of approximately one bag of crack cocaine to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

dd.  On or about February 26, 2014, KEVIN ANTHONY, a/k/a "Kev-O," the defendant, participated in the sale of approximately six bags of crack cocaine to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

ee.  On or about March 21, 2014, TERRELL JOHNSON, a/k/a "Relin," the defendant, participated in the sale of approximately five bags of crack cocaine to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

ff. On or about April 18, 2014, ELIJAH HUBBARD, a/k/a "Spazz," the defendant, participated in the sale of approximately four bags of marijuana to an undercover police officer in the vicinity of 41 Richman Plaza in the Bronx, New York.

gg. On or about April 18, 2014, TERRELL JOHNSON, a/k/a "Relin," the defendant, participated in the sale of approximately seven bags of crack cocaine to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

hh. On or about April 26, 2014, ELIJAH HUBBARD, a/k/a "Spazz," the defendant, participated in the sale of approximately four bags of marijuana to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

ii. On or about May 28, 2014, GEORGE STONE, a/k/a "Jizz," the defendant, participated in the sale of approximately six bags of crack cocaine and four bags of marijuana to an undercover police officer in the vicinity of 40 Richman Plaza in the Bronx, New York.

jj. In or about July 2014, NICOMEDES FRASQUERI, a/k/a "Nick," the defendant, participated in the sale of approximately three bags of crack cocaine to a cooperating witness in the vicinity of Richman Plaza in the Bronx, New York.

14

kk.  On or about July 11, 2014, SHANEQUA MASCALL, a/k/a "Nene," the defendant, participated in the sale of approximately 20 bags of crack cocaine to a paid confidential informant in the vicinity of 30 Richman Plaza in the Bronx, New York.

ll.  On or about July 29, 2014, SHANEQUA MASCALL, a/k/a "Nene," the defendant, participated in the sale of approximately 24 bags of crack cocaine to a paid confidential informant in the vicinity of 30 Richman Plaza in the Bronx, New York.

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

16.  The allegations contained in Paragraphs 1 through 10 above are hereby repeated, re-alleged, and incorporated by reference as if fully set forth herein.

17.  From at least in or about 2010, up to and including in or about May 2014, in the Southern District of New York, TYRONE FELDER, a/k/a "Meme," a/k/a "ManMan," the defendant, during and in relation to a crime of violence and a drug trafficking offense, and for which he may be prosecuted in a court of the United States, namely, a racketeering conspiracy involving an enterprise known as the RPT Young Gunnerz, which operated in the vicinity of Richmond Avenue in the Bronx, New York, and the drug

15

conspiracy charged in Count One of this Indictment, knowingly did use and carry firearms, and in furtherance of such crimes, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, at least some of which were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), and 2.)

## FORFEITURE ALLEGATION

18.  As a result of committing the controlled substance offense alleged in Count One of this Indictment, TYRONE FELDER, a/k/a "Meme," a/k/a "ManMan," JAMAL WALKER, a/k/a "Kareem Martin," a/k/a "Heavy," a/k/a "Reem," NICOMEDES FRASQUERI, a/k/a "Nick," FREDERICK ALLEN, a/k/a "Fox," ANGEL AMERZQUITO, KEVIN ANTHONY, a/k/a "Kev-O," KELVIN DOUGLAS, a/k/a "40 Cal," DERRICK FELDER, a/k/a "Unc," ANTHONY GIVENS, a/k/a "Face," KERI GIVENS, BRIAN HALL, a/k/a "Tats," ELIJAH HUBBARD, a/k/a "Spazz," TERRELL JOHNSON, a/k/a "Relin," TYRONE MARGWOOD, SHANEQUA MASCALL, a/k/a "Nene," LAMONT OBEY, a/k/a "Gotti," TOMMY SMALLS, a/k/a "Tommy Gunz," GEORGE STONE, a/k/a "Jizz," JEROME THOMAS, a/k/a "Rome," and JOHNA THOMAS a/k/a "Tomboy," the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds said defendants obtained directly or indirectly as a result of the violation and any and all property used or intended to be used

16

in any manner or part to commit or to facilitate the commission of the violation alleged in Count One of the Indictment, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the commission of the offense.

<u>Substitute Assets Provision</u>

19.   If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

       a.   cannot be located upon the exercise of due diligence;

       b.   has been transferred or sold to, or deposited with, a third person;

       c.   has been placed beyond the jurisdiction of the Court;

       d.   has been substantially diminished in value; or

       e.   has been comingled with other property with cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendants up to the value of the above

forfeitable property.

     (Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

18

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

TYRONE FELDER, a/k/a "Meme," a/k/a "ManMan," JAMAL WALKER, a/k/a
"Kareem Martin," a/k/a "Heavy," a/k/a "Reem," NICOMEDES
FRASQUERI, a/k/a "Nick," FREDERICK ALLEN, a/k/a "Fox," ANGEL
AMERZQUITO, KEVIN ANTHONY, a/k/a "Kev-O," KELVIN DOUGLAS, a/k/a
"40 Cal," DERRICK FELDER, a/k/a "Unc," ANTHONY GIVENS, a/k/a
"Face," KERI GIVENS, BRIAN HALL, a/k/a "Tats," ELIJAH HUBBARD,
a/k/a "Spazz," TERRELL JOHNSON, a/k/a "Relin," TYRONE MARGWOOD,
SHANEQUA MASCALL, a/k/a/ "Nene," LAMONT OBEY, a/k/a "Gotti,"
TOMMY SMALLS, a/k/a "Tommy Gunz," GEORGE STONE, a/k/a "Jizz,"
JEROME THOMAS, a/k/a "Rome," and JOHNA THOMAS, a/k/a "Tomboy,"

Defendants.

### SEALED
### INDICTMENT

14 Cr. ____

(21 U.S.C. § 846, 18 U.S.C. § 924(c).)

PREET BHARARA
United States Attorney.

_Foreperson_

3/15/14 - Filed Sealed Indictment
Order Thereon    Judge Gorenstein