# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 30, 2020

Via ECF

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**   ***United States v. Anthony Givens*, 14 Cr. 546 (CM)**

Dear Chief Judge McMahon:

I write regarding Mr. Givens's pending compassionate release motion (ECF No. 659) to inform the Court that Mr. Givens's partner, Nicole Allen, with whom he will live if released, has changed addresses. She is now residing at 107 Ravine Avenue, #3A, Yonkers, New York. If released, Mr. Givens will live with her at that address.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Peter J. Davis, Esq. (by ECF)
       Assistant United States Attorney